UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN CRUZ and EMILY LOPEZ-CRUZ, | : |
| Plaintiffs, | : |
| v. | : CASE NO. 3:22-CV-01081 (SVN) |
| SIGNIFY NORTH AMERICA CORP., GEORGE HARBT, DAMIEN FRITZ, and CYNTHIA BYRD | : |
| Defendants. | : |

## **JUDGMENT**

This action having come before the Court for consideration of the Plaintiffs' motion to amend complaint to add additional party defendants and the Defendant's motion to dismiss Plaintiffs' complaint, before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motions and the full record of the case including applicable principles of law, and having denied the Plaintiffs' motion and granted the Defendants' motion on May 17, 2023, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the Defendants.

Dated at Hartford, Connecticut, this 25th day of May, 2023.

DINAH MILTON KINNEY, Clerk

By: /s/ Michael Bozek
Michael Bozek
Deputy Clerk

Entered on Docket: 5/25/2023